**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEWEY AUSTIN BARNETT, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00284-RHH |
| | ) | |
| GREGORY MERMELSTEIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on self-represented Plaintiff Dewey Austin Barnett's "Verified Petition/Complaint; Verified Affidavit/Evidence in Support of Same, etc." Doc. [13]. In his filing, Plaintiff states that he "desires to withdraw and dismiss the complaint in 4:26-cv-00284-RHH at this time." *Id.* at 1. The Court construes this filing as motion to voluntarily dismiss this action without prejudice and grants the same.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's filing titled "Verified Petition/Complaint; Verified Affidavit/Evidence in Support of Same, etc.," construed as a motion to voluntarily dismiss this action without prejudice is **GRANTED**. Doc. [13]

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.  Doc. [10]

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 19th day of  May, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE